SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MOISES VILLALOBOS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>Plaintiff,<br><br>vs.<br><br>MATTRESS STOP; NORRIS AGAJANIAN, AS TRUSTEE OF THE LOUCIN TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-07981-AB (PDx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MOISES VILLALOBOS ("Plaintiff") and Defendant AOM CAPITAL, INC., DOING BUSINESS AS MATTRESS STOP stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED:  March 26, 2025                SO. CAL. EQUAL ACCESS GROUP


By:    /s/   Jason J. Kim
       Jason J. Kim
       Attorneys for Plaintiff


DATED:  March 26, 2025        LAW OFFICES OF ADOLFO B. GARBER


By:    /s/ Adolfo B. Garber
       Adolfo B. Garber, Esq.
       Attorneys for Defendant
       AOM CAPITAL, INC., DOING BUSINESS
       AS MATTRESS STOP


**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  March 26, 2025                    By: /s/ Jason J. Kim
                                              Jason J. Kim

-2-

STIPULATION FOR DISMISSAL